David Cohn, Appellant, *v.* Gersh Realty Corporation et al., Defendants, and Abraham Mason et al., Respondents.

(Argued November 22, 1929; decided December 6, 1929.)

*Harold G. Conger* for appellant.

*Benjamin David Reisman* and *Leo J. Rosen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ. Not sitting: Cardozo, Ch. J.